**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APHRIA, INC. SECURITIES LITIGATION )))))))))))) | Case No. 18 Civ. 11376 (GBD)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION** |

On this day, the Court having considered Lead Plaintiff Shawn P. Cunix's and Plaintiff Elizabeth Alexander's ("Plaintiffs") Motion for Reconsideration, all the papers and arguments submitted in connection therewith, the pleadings and filings in the above-captioned action, and all other matters properly before the Court:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Reconsideration of the Court's Memorandum Decision and Order (ECF No. 138) is **GRANTED**; and

IT IS FURTHER HEREBY ORDERED that Defendant Andrew DeFrancesco's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 108) is **DENIED** in its entirety;

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          HONORABLE GEORGE B. DANIELS
                                          UNITED STATES DISTRICT COURT JUDGE