**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

IN RE APHRIA, INC. SECURITIES LITIGATION

ORDER

18 Civ. 11376 (GBD)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Defendants' request for a fourteen (14) day extension of time to answer the amended complaint, (ECF No. 81), is GRANTED.

Dated: October 13, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE