UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE APHRIA, INC. SECURITIES LITIGATION

**ORDER REGARDING DEFENDANTS' PROPOSED PROTECTIVE ORDER**

**18 Civ. 11376 (GBD) (JW)**

-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The Court grants in part and denies in part Defendants' request for entry of a Proposed Confidentiality and Protective Order. ECF No. 166. Plaintiffs' assertion that "[s]tale business records" do not warrant protection is unsupported by the cited cases, which involve motions to seal, not motions for a protective order. Plaintiffs have also failed to identify any part of the Proposed Confidentiality and Protective Order that is overly broad or explain how any part is overly broad. Defendants are directed to file a revised confidentiality and protective order striking paragraph 9 by **Tuesday, February 22, 2022**. Any party wishing to file under seal material subject to the parties' confidentiality and protective order must file a motion for leave to do so.

      SO ORDERED.

Dated: February 17, 2022
       New York, New York

                                                            _____
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge