**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ANTHONY V. GLOSCHAT, Individually And On
Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

APHRIA INC., VICTOR NEUFELD, AND CARL
MERTON,

                Defendants.

------------------------------------- x

ORDER

18 Civ. 11427 (GBD)

------------------------------------- x

JOHN CURKAN, Individually And On Behalf of All
Others Similarly Situated,

                Plaintiff,

-against-

APHRIA INC., VICTOR NEUFELD, AND CARL
MERTON,

                Defendants.

------------------------------------- x

18 Civ. 11428 (GBD)

------------------------------------- x

JAMES FLORENCE, Individually And On Behalf of
All Others Similarly Situated,

                Plaintiff,

-against-

APHRIA INC., VICTOR NEUFELD, AND CARL
MERTON,

                Defendants.

------------------------------------- x

18 Civ. 11453 (GBD)

GEORGE B. DANIELS, District Judge:

Pursuant to the Memorandum Decision and Order, dated March 27, 2019, the above-captioned cases were consolidated under *In re Aphria, Inc. Securities Litigation*, No. 18-cv-11376 (GBD). The Clerk of Court is ordered to close the above-captioned cases.

Dated: New York, New York
March 31, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge