UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
:
:
:
IN RE APHRIA, INC. SECURITIES LITIGATION        :           ORDER
:
:           18 Civ. 11376 (GBD)
:
:
------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Having considered the Motion of Lead Plaintiff Shawn P. Cunix and Plaintiff Elizabeth Alexander (collectively, "Plaintiffs") (the "Motion"), having received no opposition to the Motion, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The action is hereby certified to proceed as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of a Class consisting of:

    All persons or entities who purchased or otherwise acquired Aphria, Inc. ("Aphria") securities on domestic exchanges or in domestic transactions between July 17, 2018 and April 12, 2019, inclusive, and were damaged thereby. Excluded from the Class are: Aphria, Vic Neufeld, Carl Merton, Cole Cacciavillani, John Cervini, Andrew DeFrancesco, and SOL Global Investments Corp. ("Defendants"); and Defendants' immediate family members, any person, firm, trust, corporation, officer, director or other individual or entity in which any Defendant has a controlling interest or which is related to or affiliated with any Defendant, and the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded party. Also excluded from the Class is any Class Member who timely and validly requested exclusion.

3. Lead Plaintiff Shawn P. Cunix and Plaintiff Elizabeth Alexander are hereby appointed as Class Representatives; and

4. Pursuant to Federal Rule of Civil Procedure 23(g), Levi & Korsinsky, LLP is appointed Class Counsel to the Class.

Dated: May 5, 2022
New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge