UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
:
:
:
IN RE APHRIA, INC. SECURITIES LITIGATION  :
:
:
:
------------------------------------------x

ORDER

18 Civ. 11376 (GBD)

GEORGE B. DANIELS, United States District Judge:

Pursuant to Federal Rule of Civil Procedure 60(b)(6), this Court's May 5, 2022 Order on Plaintiffs' Motion to Certify Class, ECF No. 184, is hereby vacated without prejudice.

Dated: New York, New York
       May 10, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

1