UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE APHRIA, INC. SECURITIES
LITIGATION

**ORDER**

18-CV-11376 (GBD) (JW)

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The Court respectfully directs the Clerk of Court to ***strike document number 213 from the docket and reopen docket number 209.*** The Clerk of Court shall also ***strike docket number 31 in 18-cv-11427, docket number 35 in 18-cv-11428, and docket number 32 in 18-cv-11453***. Samuel H. Rudman of Robbins Geller Rudman & Dowd LLP shall not be removed from the docket as counsel for Plaintiff John Curkan given that the Court found Rudman's notice of voluntary dismissal to be deficient. See Dkt. No. 208. Rudman may refile his motion to withdraw as attorney after resolving the notice of voluntary dismissal.

      SO ORDERED.

Dated: February 9, 2023
      New York, New York

                                                              JENNIFER E. WILLIS
                                                             United States Magistrate Judge