UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE APHRIA, INC. SECURITIES
LITIGATION

**ORDER**

18-CV-11376 (GBD) (JW)

------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of Plaintiffs' request for a pre-motion conference to seek leave to file a motion to compel discovery. Dkt. No. 230, 232. Plaintiffs also seek an order pursuant to Rule 37(a) directing the Defendants to complete their document production by mid-September. Dkt. No. 234. The Defendants object to the request, asserting that a "conference is premature." Dkt. No. 233.

The request for a conference is GRANTED. The Parties will be heard on **October 4th at 1:30 pm in Courtroom 228** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. At the conference, the Parties should be prepared to discuss their progress towards completing discovery and any alleged patterns of obstruction. Discovery is not stayed in the interim. Should the Parties resolve their discovery disputes prior to the conference, they may jointly file a letter requesting the conference be canceled.

SO ORDERED.

Dated: September 6, 2023
New York, New York

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge