UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE APHRIA, INC. SECURITIES
LITIGATION

<u>ORDER</u>

18-CV-11376 (GBD) (JW)

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

A discovery conference is currently scheduled for next Wednesday, October 4th, at 1:30 pm. With apologies, **the Court needs to reschedule the conference to 3:15 pm** at the Thurgood Marshall Courthouse, 40 Foley Square, in Courtroom 228.

SO ORDERED.

Dated: September 28, 2023
      New York, New York

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge

1