UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE APHRIA, INC. SECURITIES LITIGATION

**ORDER**

18-CV-11376 (GBD) (JW)

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court began a discovery conference today.

At the conference, the Plaintiffs identified numerous items of outstanding discovery. Plaintiffs requested court intervention to ensure that Defendants adhere to future deadlines. Defendants indicated they were not opposed to Court-directed deadlines.

The Parties are directed to meet and confer and jointly propose dates certain for producing the remaining discovery items. The Parties shall update the Court on their progress and propose new deadlines in a joint letter **by October 13th**. Should the Parties be unable to reach agreement or wish for the Court to hold a second conference, they should say so in their joint letter.

SO ORDERED.

Dated: October 4, 2023
     New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge

1