UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE APHRIA, INC. SECURITIES
LITIGATION

**ORDER**

18-CV-11376 (GBD) (JW)

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of Plaintiffs' request for a pre-motion conference to seek leave to file a motion to compel discovery. Dkt. No. 241. The Defendants object to the request, asserting that it is "overbroad and contrary to Canadian law." Dkt. No. 242.

The request for a conference is GRANTED. The Parties will be heard on **July 24th at 1:30 pm in Courtroom 228** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. By **July 18th**, the Parties may submit supplemental letter briefs of no more than six pages, double-spaced detailing their arguments and providing case law that supports their positions.

Discovery is not stayed in the interim. Should the Parties resolve their discovery disputes prior to the conference, they may jointly file a letter requesting the conference be canceled.

SO ORDERED.

Dated: New York, New York
       June 27, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge

1